ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| The Boeing Company | ) ASBCA No. 63404 |
| | ) |
| Under Contract No. N68936-18-D-0026 | ) |

APPEARANCES FOR THE APPELLANT:    Scott M. McCaleb, Esq.
    Gary S. Ward, Esq.
    Teresita A. Regelbrugge, Esq.
     Wiley Rein LLP
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
     DCMA Chief Trial Attorney
    Amelia R. Lister-Sobotkin, Esq.
    Matthew D. Bordelon, Esq.
     Trial Attorneys
     Defense Contract Management Agency
     Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 22, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63404, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated: August 22, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals